# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

HARTFORD LIFE AND ANNUITY )
INSURANCE COMPANY, )
 )
    Plaintiff, )
 )
v. )
 )  Case No. CIV-07-273-RAW
RAY C. MOORE, WILLIAM RANDALL )
MOORE AND CHARLES RAY MOORE, )
individually and as Successor Trustee of the )
Ray and Marcella Moore Family Trust, )
 )
    Defendant. )

## ORDER OF DISCHARGE AND DISMISSAL WITH PREJUDICE

**WHEREAS**, on October 23, 2007, this Court entered an Order granting Hartford Annuity and Life Insurance Company's ("Hartford") Motion for Leave to Deposit Funds with the Court (Dkt. # 21); and

**WHEREAS**, on October 26, 2007, the Hartford deposited the sum of $333,544.44, the proceeds of Hartford Director Variable Annuity Contract No. 710404832, with the Clerk of this Court, and through said deposit, Hartford is fully and completely relieved of any liability whatsoever with respect to said Annuity, and more specifically, relieved of any liability whatsoever to Defendants Ray C. Moore, William R. Moore, and Charles R. Moore, individually and as Trustee of the Ray and Marcella Moore Family Trust; and

**WHEREAS**, on October 26, 2007, the parties jointly moved for disbursement of the funds on deposit, discharge of Hartford, and dismissal of the action with prejudice [Dkt No. 22]; and

{690524;}

**WHEREAS**, this Court, is concurrently entering an Order directing the Clerk of this Court to disburse the entirety of the funds on deposit with the Clerk in the manner specified in the Joint Motion for Disbursement, Discharge, and Dismissal; and

**WHEREAS** the parties hereto have moved this Court jointly for Dismissal of this cause with prejudice, advising this Court that there no longer remain any contested issues of fact or law;

**IT IS ORDERED** that by Hartford's deposit of funds as noted above, Hartford is fully and completely relieved of any liability whatsoever with respect to Hartford Director Variable Annuity Contract No. 710404832, and more specifically, relieved of any liability whatsoever to Defendants Ray C. Moore, William R. Moore, and Charles R. Moore, individually and as Trustee of the Ray and Marcella Moore Family Trust.

**IT IS FURTHER ORDERED** that, upon disbursement of the funds in accordance with this Court's Order to the Court Clerk, the above entitled cause, including all claims, counterclaims, and cross claims, is hereby DISMISSED INSTANTER, with prejudice.

**IT IS SO ORDERED** this 29th day of October, 2007.

_Ronald A. White_
Ronald A. White
United States District Judge
Eastern District of Oklahoma

{690524;}